UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LUIS MIGUEL PORTILLO CAMPOS                                      PETITIONER

V.                                            CIVIL ACTION NO. 3:24-CV-317-KHJ-MTP

WARDEN WINGFIELD                                                  RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 17th day of April, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE